**Javier Alberto AYALA, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 14–72408**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2016 [*]

FILED June 20, 2016

Areg Kazaryan, Law Offices of Areg Kazaryan, Glendale, CA, for Petitioner.

Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Aric Allan Anderson, Trial Attorney, DOJ—U.S. De-

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

partment of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

## MEMORANDUM [**]

Javier Alberto Ayala, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Toufighi v. Mukasey,* 538 F.3d 988, 992 (9th Cir. 2008), and we deny the petition for review.

The agency did not abuse its discretion in denying Ayala's untimely motion to reopen because he failed to establish prima facie eligibility for relief. *See* 8 C.F.R. § 1003.23(b); *see also Toufighi,* 538 F.3d at 996–97 (evidence must establish prima facie eligibility for relief sought).

**PETITION FOR REVIEW DENIED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).